Oscar Halbreich, Respondent, v. The Travelers Fire Insurance Company and Others, Appellants. Oscar Halbreich, Respondent, v. Urbaine Fire Insurance Company of Paris, France, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted for thirty days to enable appellants to apply to the Court of Appeals. Present — Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ.

Walter E. Haynes, Respondent, v. Hewlett Point Corporation, Appellant. — Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ.

The Horse Aid Society, Appellant, v. Town of New Castle, Respondent.— Motion for reargument denied. Present — Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ.

In the Matter of the Application of Jean Brown Jennings and Others, Executor and Executrices and Trustees of Walter Jennings, Deceased, and Helen J. James, Petitioner, for Certiorari Order to William Watt, Supervisor of the Town of Huntington, and Others, etc., Respondents.— Motion for leave to appeal to the Court of Appeals granted. Present — Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ. [See ante, p. 614.]

In the Matter of Harold Pitts, an Infant over the Age of Sixteen Years, Respondent; George E. Pitts, Appellant.— Motion for reargument denied. Present — Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ.

In the Matter of the Estate of Charles Rosenberg, Deceased. In the Matter of the Petition of Harold R. Lhowe and Others, Comprising the Firm of Lhowe & Obstfeld, Attorneys, Appellants, to Fix and Determine Their Compensation for Services Rendered to Legatees of Charles Rosenberg, Deceased, and to Direct Payment Therefor from the Estate Generally. Morton Rosenberg and Another, Executors and Trustees, etc., Respondents.— Motion for reargument denied. Present — Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of Anna E. Schmidt, as Executrix, etc., of Otto C. Schmidt, Deceased Administrator of Margaret Wannemacher, Deceased, Appellant; Fred P. Schmidt, Individually and as Administrator de Bonis Non of Margaret Wannemacher, Deceased, and Thomas J. Towers, as Special Guardian of Margaret Schell and Others, Infants, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ.

Alfred Joyce, Respondent, v. Albert Hess, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ.

Robert M. Keleher, Appellant, v. O. Edwin Barnes, Inc., and O. Edwin Barnes, Respondents.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ.

George W. Loft and George W. Loft Securities Corporation, Respondents, v. Guide Realty Company, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ.